**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Docket No: 0972 1:21CR00194-001 |
| Karina Barboza Sanchez | ) |

On April 12, 2021, the above-named was sentenced to Supervised Release for a period of three years. Supervision commenced on April 12, 2021.

Ms. Barboza Sanchez has complied with the rules and regulations of Supervised Release and is no longer in need of supervision; and the AUSA stated that they have no objections. It is accordingly recommended that Ms. Barboza Sanchez be discharged from supervision.

**Respectfully submitted,**                                                     **Reviewed by,**

*Marissa Frazure*                                                                        *Adam Tunison*

**Marissa Frazure**                                                                **Adam Tunison**
**United States Probation Officer Assistant**           **Supervising United States Probation Officer**

**Dated:**   December 21, 2023
             Bakersfield, California
             MF

1

**Re:**    **Karina Barboza Sanchez**
       **Docket Number:**   **0972 1:21CR00194-001**
       <u>**Report and Order Terminating Supervised Release**</u>
       <u>**Prior to Original Expiration Date**</u>

## ORDER OF COURT

Pursuant to the above report, it is ordered that Karina Barboza Sanchez be discharged from Supervised Release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

  Dated:   **December 21, 2023**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE

Attachment:    Recommendation

CC:    AUSA (NAME)—Duty
       FLU Unit—United States Attorney's Office
       Fiscal Clerk—Clerk's Office
       Supervisee—Karina Barboza Sanchez